**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

RANDALL W. DENNIS                                                                              PLAINTIFF

vs.                                                          CIVIL ACTION NO. 4:09-CV-30 HTW-LRA

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY                                                                          DEFENDANT


**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the defendant's motion for order affirming the Commissioner be denied and that this matter be remanded to the Administrative Law Judge ("ALJ") for further proceedings. No objection to the Report and Recommendation has been filed.  After having considered the reasons set forth in the Report and Recommendation,  this court hereby adopts said Report and Recommendation as the order of this court.  The case is hereby REMANDED to the ALJ for further proceedings consistent with the Report and Recommendation.

**SO ORDERED, THIS THE 27th DAY OF SEPTEMBER, 2010.**

s/ **HENRY T. WINGATE
CHIEF JUDGE
UNITED STATES DISTRICT COURT**